1

2

3

4

5

6

7

8

9

10

**Priority** ✓
**Send** ✓
**Enter** ✓
**Closed** ___
**JS-5/JS-6** ___
**JS-2/JS-3** ___
**Scan Only** ___

FILED
CLERK, U.S. DISTRICT COURT

JUL – 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| 11  In re | Case No. CV 03 8627 JVS |
| 12  IMPERIAL CREDIT INDUSTRIES, INC., a California corporation, | [Regarding Ch. 11 Bankruptcy No. LA03-28969ES (Bankr. Court C.D. Cal.); Adversary No. LA03-02710ES] |
| 13        Debtor in Possession. | |
| 14  IMPERIAL CREDIT INDUSTRIES, INC., | ~~[PROPOSED]~~ **PARTIAL JUDGMENT IN FAVOR OF FEDERAL DEPOSIT INSURANCE CORPORATION PURSUANT TO 11 U.S.C. § 365(o) [FED. R. CIV. P. 54(b)]** |
| 15        Plaintiff, | |
| 16  v. | |
| 17 | |
| 18  FEDERAL DEPOSIT INSURANCE CORPORATION in its corporate capacity; and FEDERAL DEPOSIT INSURANCE CORPORATION in its capacity as receiver for Southern Pacific, | |
| 19 | |
| 20 | |
| 21 | |
| 22        Defendants. | |

ENTERED
CLERK  U.S. DISTRICT COURT

JUL – 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

23

24

25

26

27

28

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

93

1    This Court, having granted Federal Deposit Insurance Corporation's Motion

2    for Partial Summary Judgment re Deficit Under Commitment to Maintain Capital

3    (11 U.S.C. § 365(o)) on June 16, 2005, and expressly finding that there is no just

4    reason for delay in entering partial judgment on such motion, and that good cause

5    appears therefor,

6         IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

7         1.    At the time this Chapter 11 bankruptcy case commenced, debtor in

8    possession Imperial Credit Industries, Inc. ("Imperial Credit") had a deficit of

9    $18,375,800 under its February 27, 2002 Performance Guaranty, a commitment to

10   the Federal Deposit Insurance Corporation acting in its Corporate Capacity

11   ("FDIC") to maintain the capital of an insured depository institution.  At that time,

12   pursuant to 11 U.S.C. § 365(o), Imperial Credit was deemed to have assumed and

13   was obligated to immediately cure the deficit.

14        2.    To comply with its immediate cure obligation, Imperial Credit shall,

15   within 30 days after entry of this Judgment, pay the sum of $18,375,800 to the

16   FDIC. */ JVS

17        3.    In the event that Imperial Credit files and serves a motion to convert

18   this bankruptcy case to a case under Chapter 7 within 30 days after entry of this

19   Judgment and prior to making the payment mandated by paragraph 2 hereof,

20   Imperial Credit shall be relieved of the requirement to make the payment mandated

21   by paragraph 2, and its unsatisfied immediate cure obligation shall have the status

22   and priority in the Chapter 7 case which it is accorded under applicable bankruptcy

23   law.

24

25

26   Dated:    7.6.05

27                                    Hon. James V. Selna

28   */ As defined in ¶1, "FDIC" means the
     Federal Deposit Insurance Corporation in its
     corporate capacity. JVS

1   Submitted by:

2   LUCE, FORWARD, HAMILTON
      & SCRIPPS LLP

3

4   _Michael H. Bierman (by law)_

    Michael H. Bierman

5   Attorneys for Defendant

6   Federal Deposit Insurance Corporation
    in its Corporate Capacity

7

8   186704.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

<u>PROOF OF SERVICE</u>

I, Theresa del Pomar, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 777 South Figueroa, Suite 3600, Los Angeles, California 90017-5832. I am over the age of eighteen years, and am not a party to this action.

On June 23, 2005, I served the following:

**[PROPOSED] PARTIAL JUDGMENT IN FAVOR OF FEDERAL DEPOSIT INSURANCE CORPORATION PURSUANT TO 11 U.S.C. § 365(o) [FED. R. CIV. P. 54(b)]**

on the interested parties in this action by:

__X__   **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each person named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____   **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via _____.

__X__   **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to __CalFed__ for personal service.

_____   **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

| | |
|---|---|
| Peter C. Sheridan, Esq. **(by Hand Delivery)**<br>Andrew Baum, Esq.<br>Christensen, Miller, Fink, Jacobs Glaser,<br>   Weil & Shapiro, L.L.P.<br>10250 Constellation Blvd., 19th Fl.<br>Los Angeles, CA 90067 | David L. Neale, Esq. **(by U.S. Mail)**<br>Daniel H. Reiss, Esq.<br>Levene, Neale, Bender, Rankin &<br>Brill, L.L.P.<br>1801 Avenue of the Stars, Ste. 1120<br>Los Angeles, CA 90067 |
| Stephen J. Pruss, Esq. **(by U.S. Mail)**<br>Federal Deposit Insurance Corporation<br>Dallas Regional Ofc - Legal  Division<br>1910 Pacific Ave.<br>Dallas, TX 75201 | |

1    I declare that I am employed in the office of a member of the bar of this court at whose

2    direction the service was made.

3    Executed at Los Angeles, California on June 23, 2005.

4

5    *Theresa del Pomar*

6    THERESA DEL POMAR

7

8    173754.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28