JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re<br>IMPERIAL CREDIT INDUSTRIES, INC., a California corporation,<br><br>    Debtor.<br><br>EDWARD M. WOLKOWITZ as Chapter 7 Trustee for IMPERIAL CREDIT INDUSTRIES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>    Defendant. | **Case No. CV 03-08627 JVS\*\***<br>Consolidated with<br>SACV 08-1116-JVS(ANx)<br><br>[Hon. James V. Selna]<br><br>[Regarding Ch. 7 Bankruptcy No. LA03-28969ES (Bankr. Court C.D. Cal.); Adversary No. LA03-02710ES]<br><br>**FINAL JUDGMENT** |

Case No. SACV-03-08627 JVS
[PROPOSED] FINAL JUDGMENT

1    The Court having on August 2, 2010 granted the motion of defendant the
2  Federal Deposit Insurance Corporation in its corporate capacity (the "FDIC") for
3  summary judgment on the First Claim for Relief for Constructive Fraudulent
4  Transfer pursuant to Cal. Civ. Code § 3439, the sole remaining claim for relief
5  asserted in the First Amended Complaint of Edward M. Wolkowitz, the Chapter 7
6  Trustee (the "Trustee") for Imperial Credit Industries, Inc., and the Court having
7  considered the parties' subsequent briefs on whether costs should be awarded to the
8  FDIC as the prevailing party;
9    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
10   (1)   judgment is hereby entered in this action in favor of the FDIC and
11         against the Trustee; and
12   (2)   the FDIC shall be entitled to recover from the Trustee its costs incurred
13         in this action in the amount of $_____.
14
15
16  Dated:  August 25, 2010                    _____
17                                             The Honorable James V. Selna
                                               United States District Judge
18
19
20
    201063764.1
21
22
23
24
25
26
27
28